**Stephen W. GINGERY, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2011–3225.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2011.

## ORDER

Petitioner having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 23, 2011 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before December 1, 2011.